No. 465. EDWARDS v. PACIFIC FRUIT EXPRESS Co. C. A. 9th Cir. (Certiorari granted, *ante*, p. 912.) Motion of Brotherhood of Railway Carmen of America, et al., for leave to file a brief, as *amici curiae*, granted. *Clifton Hildebrand* on the motion for Brotherhood of Railway Carmen of America.

No. 479, Misc. PACK v. BUNNELL, STATE HOSPITAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied. *John J. O'Connell,* Attorney General of Washington, and *Paul J. Murphy* and *Stephen C. Way,* Assistant Attorneys General, for respondent.

No. 840, Misc. HARRIS v. PATE, WARDEN;

No. 845, Misc. KNOWLES v. LEE, COMMISSIONER, STATE BOARD OF CORRECTIONS, ET AL.;

No. 862, Misc. DAVIS v. FLORIDA; and

No. 898, Misc. VAN NEWKIRK v. DISTRICT ATTORNEY, RICHMOND COUNTY, NEW YORK. Motions for leave to file petitions for writs of habeas corpus denied.

No. 698, Misc. MARCELIN v. NEW YORK;

No. 737, Misc. AUSTIN v. NELSON, WARDEN, ET AL.; and

No. 745, Misc. McCRAY v. ARRAJ, CHIEF JUDGE, U. S. DISTRICT COURT. Motions for leave to file petitions for writs of mandamus denied.

No. 718. SACHS ET AL. v. UNITED STATES, *ante*, p. 1015. The United States is requested to file, within thirty days, a response to petition for rehearing. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.